No. 590. THE PEOPLE, RESPONDENT, v. CALDERÓN, APPEL-
LANT.—Appeal from the District Court of San Juan, Section
2. Motion of appellant filed after the hearing for leave to
correct the record. Decided June 27, 1913. Motion overruled
on the grounds of the opinion rendered this day in this case
on appeal from the judgment. *Mr. Charles E. Foote, fiscal,*
for The People. *Mr. Enrique Rincón* for appellant.

---

No. 391. EX PARTE CARLOS BRUNET DEL VALLE, PETITI-
ONER.—Petition for the approval of notarial surety bond No.
2371 executed by the National Surety Company. Decided
June 28, 1913. Bond approved. The petitioner appeared
*pro se.*

---

Nos. 949 AND 940. CLAUSELLS, RESPONDENT, v. RAMÍREZ,
APPELLANT.—Appeals from the District Court of Ponce. Mo-
tions of appellant announcing his intention of appealing to
the Supreme Court of the United States from the Judgment
rendered by this court in the above-entitled cases and pray-
ing that one of the justices be appointed to act in this case
during the vacation of the court. Decided June 28, 1913.
Both motions denied because such appointment is unneces-
sary: *Messrs. Benito Forés* and *José de Diego* for appellant.
*Mr. José A. Poventud* for respondent.

---

No. 352. EX PARTE IGNACIO CARBALLEIRA, NOTARY PUBLIC.—
Notice from the National Surety Company of the termina-
tion of notarial surety bond No. 1391, executed by said com-
pany on January 24, 1912. Decided July 1, 1913, by the Chief
Justice sitting alone, as provided for by law. Bond consid-
ered terminated to take effect August 30, 1913.